UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:                                                                Case No. GK 07-02212-jtg

RYAN GOODACRE,                                            Chapter 7

                Debtor.                                 Hon. John T. Gregg
_____/

RYAN LANCASTER, f/k/a
RYAN GOODACRE,

                Plaintiff,                              Adv. Pro. No. 16-80315-jtg

v.

EDUCATIONAL FINANCIAL SERVICES, A
DIVISION OF WELLS FARGO BANK, N.A.,
                Defendants,
_____/

## ORDER SCHEDULING TELEPHONIC PRETRIAL CONFERENCE

Upon the commencement of the above-captioned adversary proceeding; a responsive pleading having been filed;

IT IS HEREBY ORDERED as follows:

1. Pursuant to Fed. R. Bankr. P. 7026(f), the parties shall meet in person or telephonically at least twenty-one (21) days prior to the pretrial conference to discuss (a) the nature and basis of their claims and defenses; (b) the possibilities for a prompt resolution of the matter; (c) what additional discovery may be needed and when discovery should be completed; (d) the disclosures required by Fed. R. Bankr. P. 7026(a)(1); (e) any additional deadlines and procedures that the parties wish for the court to consider; and (f) all other matters set forth in Fed. R. Bankr. P. 7026(f).

2. The parties shall file with the court a report signed by all parties setting forth their proposed discovery plan at least fourteen (14) days prior to the pretrial conference. The plaintiff is responsible for preparation of the report. A form discovery plan is available on the court's website under the procedures established by the undersigned judge.

3. A pretrial conference will be conducted telephonically on January 18, 2018 at 11:00 a.m. (Eastern). To participate in the telephonic pretrial conference, please dial 888-808-6929 and reference Access Code 5148511. At the pretrial conference, the court will consider the following:

(i) simplification of issues;

(ii) amendments to the pleadings;

(iii) the possibility of stipulating to certain facts and satisfaction of certain elements of causes of action;

(iv) the exchange of exhibits and stipulations as to admissibility in order to avoid unnecessary proof;

(v) the scope, extent and time permitted for discovery;

(vi) the prospects of settlement;

(vii) mediation;

(viii) potential dispositive motion deadlines and trial dates; and

(ix) such other matters as may aid in the resolution of the matter.

4. The court may, in its discretion, orally continue or adjourn the pretrial conference on the record in open court. If this occurs, parties in interest will not be given further written notice of the adjourned pretrial conference. If an entity is not present at the originally scheduled pretrial conference, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's website (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Office of the Clerk of the United States Bankruptcy Court located at One Division Avenue, N., 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by calling the PACER service center, Monday through Friday between 8:00 a.m. and 5:00 p.m. (Central) at (800) 676-6856 or by accessing its website at http://pacer.psc.uscourts.gov.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Joshua B. Kons, Esq. and Ronald Spinner, Esq.

Signed: December 18, 2017




John T. Gregg
United States Bankruptcy Judge